UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGEL MAZARIEGOS,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.<br>1:05-CR-0324-11-CAP<br>CIVIL ACTION NO.<br>1:11-CV-4373-CAP |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R) of the Magistrate Judge [Doc. No. 1438]. There are no objections.

Finding no error in the R&R, it is adopted as the order and opinion of this court.

SO ORDERED, this 1st day of November, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge